

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00048-CV

---

Texas Department of Public Safety, Appellant

v.

Rocio Elizabeth Reyes, individually and as next friend of S.V.R., Appellee

---

On Appeal from the 293rd District Court
Maverick County, Texas
Trial Court No. 23-07-42332-MCV

---

# **JUDGMENT**

The Court has considered this cause on the record and concludes there was error in the judgment. We reverse the judgment of the trial court and dismiss Rocio Elizabeth Reyes's claims against Texas Department of Public Safety. We further order that Appellant recover from Appellee

all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 16th day of September 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.